# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 19-281(1) (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Jose Martin Morales, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 4, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss Indictment [Doc. No. 23] is **DENIED**;

2. Defendant's Motion for Bill of Particulars [Doc. No. 24] is **DENIED**.


Date: July 17, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge